UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, | No. 1:19-cv-01118-JDP |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE |
| DIAZ, *et al.*, | ECF No. 10 |
| Defendants. | |

Plaintiff has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. ECF No. 10. No opposing party has served either an answer or a motion for summary judgment. The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated: ___February 10, 2020___  _____
UNITED STATES MAGISTRATE JUDGE

No. 205.