UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> DIAZ, *et al.*, <br><br> Defendants. | No. 1:19-cv-01118-AWI-JDP <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR THE CANCELLATION OF THE FILING FEE AND THE ORDER DIRECTING PAYMENT <br><br> ECF No. 13 |

Plaintiff Jose Rodriguez is a state prisoner proceeding without counsel in this now-closed civil rights action. On February 3, 2020, plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). ECF No. 10. The case was closed on February 10. ECF No. 12. However, plaintiff has now filed a motion requesting that we cancel the filing fee and the order directing payment. ECF No. 13.

The relevant statutory requirement is clear: "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). The requirement is triggered by bringing an action, not by continuing one. *See Malone v. Miller-Stout*, No. C08-5375BHS, 2008 WL 4154561, at *1 (W.D. Wash. Sept. 2, 2008) ("The court is not aware of any authority for the proposition that the fee is not collected on cases where the plaintiff voluntarily dismisses the action prior to service."). Because we have no authority to override a statutory command, plaintiff's motion is denied.

1

IT IS SO ORDERED.

Dated: ___March 24, 2020___  _____
UNITED STATES MAGISTRATE JUDGE

No. 205